JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 1966**

-----------------------------------------------------------x

NAVIGATORS MANAGEMENT COMPANY
a/s/o ACTIVE FRONTIER INTERNATIONAL,

        Plaintiff,

-against-

EXPEDITORS INTERNATIONAL
OF WASHINGTON, INC. and
J & J LOGISTICS INC.,

        Defendants.

-----------------------------------------------------------x

Case No.:  08 Civ.  (  )

STATEMENT PURSUANT
TO RULE 7.1


RECEIVED FEB 27 2008 S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None.

Dated: New York, New York
       February 27, 2008

                    Yours, etc.,

                    **NICOLETTI HORNIG & SWEENEY**
                    Attorneys for Plaintiff
                    *Navigators Management Company*
                    *As Subrogee of Active Frontier International*

By: _____
      Lawrence C. Glynn (LG 6431)
      Wall Street Plaza
      88 Pine Street
      New York, New York 10005
      (212) 220-3830
      NH&S File No.:    68000291LCG