Marc I. Kunkin (MIK4182)
SCHINDEL, FARMAN, LIPSIUS
 GARNDER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, NY 10122
(212) 563-1710
Attorneys for Defendants, J & J Logistics Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NAVIGATORS MANAGEMENT COMPANY :   Civil Action No.:
a/s/a ACTIVE FRONTIER INTERNATIONAL, :   08 CIV 1966 Judge Jones
                  Plaintiffs, :
    -against-  :   **RULE 7.1 STATEMENT**
EXPEDITORS INTERNATIONAL OF :
WASHINGTON, INC. and J & J LOGISTICS :
INC., :
                  Defendants. :
------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel of record for defendants, J&J International Logistics Inc. s/h/a J&J Logistics Inc. ("J&J"), certifies that there are no corporate parents of that party, and that no publicly held corporation owns more than 10% of the stock of that party.

Dated: April 22, 2008

_____
Marc I. Kunkin