UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

# 08 CV 1966 ECF

Navigators Mgmt Co. v. Expeditors
Int'l of Washington Inc., et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1966 (BSJ)(GWG)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: __

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          4/18/08

/s/ Barbara S. _____
United States District Judge