BADIAK & WILL, LLP
Attorneys for Defendant
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 08-T-005-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NAVIGATORS MANAGEMENT COMPANY a/s/o
ACTIVE FRONTIER INTERNATIONAL,

                                                        Case No.: **08 Civ. 1966 (BAJ)(GWG)**

              Plaintiff,

    -against-                                  **RULE 7.1 STATEMENT**

EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC., and J&J LOGISTICS, INC.,

              Defendants.
------------------------------------------------------------------------X


PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR DEFENDANT, **EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,** A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                    SEE ATTACHED LIST

Dated: May 12, 2008                          _____
                                                   SIGNATURE OF ATTORNEY
                                                   JAMES P. KRAUZLIS

# Expeditors International of Washington, Inc.
## Entity Chart as of February 29, 2008

Top-level parent: **Expeditors International of Washington, Inc.**

Subsidiaries (with ownership percentages and reference numbers):

- EI Fitness Center, Inc. (1) — 100%
- EI Freight (USA), Inc. (2) — 100%
- Expeditors Cargo Insurance Brokers, Inc. (3) — 100%
- Expeditors International (Puerto Rico), Inc. (4) — 100%
- Expeditors Tradewin, LLC (5) — 100%
- Expeditors International Ocean, Inc. (6) — 100%
- Expeditors Canada, Inc. (7) — 100%
- Expeditors Internacional de Madrid, S.A. CargO — 1% (from (2)), 1% (from (5)), 98% (from (13))
- Expeditors Chile Internacionales Limitada (10) — 99.9%
- Expeditors de Colombia S.A. (11) — 51% (0.1% cross)
- Expeditors Internacionales De Costa Rica, S.A. (12) — 100%
- Expeditors do Brasil Ltda. (13) — 100%
- Expeditors Argentina S.A. (9) — 100%
- Expeditors International Panama, S.A. (14) — 100%
- Expeditors Transportes de Venezuela, C.A. (15) — 100%
- Expeditors International France SAS (48) — 100%
- Expeditors International B.V. (47) — 100%
- Expeditors International N.V. (49) — 100%
- Expeditors International Espana S.A. (51) — 100%
- Expeditors International (Rotterdam) (50) — 80%
- Expeditors GmbH (46) — 100%
- Expeditors International Hungary Logistics Ltd. — 100%
- Expeditors International GmbH (44) — 100%
- Expeditors International CR s.r.o. (43) — 100%
- Expeditors International (Switzerland) (42) — 100%
- Expeditors International Sverige AB (54) — 100%
- Expeditors Finland Oy (53) — 75%
- Expeditors International Italia S.r.l. (52) — 100%
- Expeditors International Limited (UK) (70) — 100%
- Expeditors International N.V. (69) — 100%
- Expeditors Turnak International (68) — 75%
- Expeditors International (Hellas) S.A. (67) — 89%
- Expeditors Sarah International Co. (66) — 75%
- Expeditors International – Lebanon (s.a.l.) (65) — 50%
- Expeditors International Pakistan Pvt. Ltd. (59) — 80%
- Expeditors International Cargo Co. Ltd. (57) — 100%
- Expeditors International (India) Pvt. Ltd. (55) — 80%
- Expeditors International Forwarding and Clearing, LLC (58) — 51%
- Expeditors International (Kuwait) (56) — 51%
- Expeditors International Zimbabwe (64) — 100%
- Expeditors International South Africa — 100%
- HEI Liquid Limited (39) — 100% (merged 12/31/07)
- Expeditors International (Mauritius) Limited (63) — 100%
- Expeditors International UK Limited (60) — 100% Preferred Stock / 100% Common Stock
- Expeditors Mauritius Limited — 100%
- Expeditors (Overseas) (HK) Limited (38) — 100%
- Expeditors International Kong Limited (34) — 100%
- Expeditors Hong Kong Limited — 100%
- Expeditor (China) Investment Co. Pte. Ltd. (29) — 100%
- EI Freight (Micronesia), Inc. (17) — 100%
- Expeditors Philippines (31) — 88.5%
- Expeditors International (Taiwan) Ltd. (8) — 50% (held in Trust by James Wang)
- EIF Holdings (Thailand) Ltd. (20) — 49%
- Expeditors (Thailand) Ltd. (80) — 49% / 51% / 44%
- Expeditors (Malaysia) Sdn Bhd (27) — 40%
- PT Expeditors Indonesia (Jakarta) (40) — 100%
- Expeditors (Japan) KK (25) — 100%
- Expeditors (Asia) Holding Company Pte. Ltd. (22) — 52%
- Expeditors (Korea) Ltd. (35) — 99%
- EI Freight (Taiwan) Ltd. (18) — 100% / 77%
- EI Freight (Sri Lanka) (Pte.) Ltd. (19) — 100% / 77%
- Expeditors Cambodia (32) — ???
- EIFSDN BHD (21) — 100%
- PT Expeditors Indonesia (41) — 85%
- PT Lancang Pratama Intercargo — 100%
- Expeditors (Japan) KK (23) — 100%
- Expeditors (Bangladesh) Ltd. (26) — 100%
- Expeditors International (Korea) Company Ltd. (36) — 100%